SAM GLASSCOCK III
VICE CHANCELLOR

# COURT OF CHANCERY
# OF THE
# STATE OF DELAWARE

COURT OF CHANCERY COURTHOUSE
34 THE CIRCLE
GEORGETOWN, DELAWARE 19947

Date Submitted: July 14, 2015
Date Decided: July 14, 2015

Peter B. Andrews, Esquire
Craig J. Springer, Esquire
3801 Kennett Pike
Building C, Suite 305
Wilmington, DE 19807

Seth D. Rigrodsky, Esquire
Brian D. Long, Esquire
Gina M. Sera, Esquire
Jeremy J. Riley, Esquire
Rigrodsky & Long, P.A.
2 Righter Parkway, Suite 120
Wilmington, DE 19803

William M. Lafferty, Esquire
Ryan D. Stottmann, Esquire
Morris Nichols Arsht & Tunnell LLP
1201 North Market Street
Wilmington, DE 19801

Joseph Christensen, Esquire
Joseph Christensen P.A.
921 N. Orange Street
Wilmington, DE 19801

Tamika Montgomery-Reeves, Esquire
Bradley D. Sorrels, Esquire
Ian Liston, Esquire
Wilson Sonsini Goodrich & Rosati, PC
222 Delaware Avenue, Suite 800
Wilmington, DE 19801

Re: *In re Riverbed Technology, Inc. Stockholders Litigation,*
Civil Action No. 10484-VCG

Dear Counsel:

I have reviewed the Motion to Compel the Deposition of Sean J. Griffith,

together with Mr. Griffith's response to that Motion.

Mr. Griffith has filed an objection to a proposed settlement in this matter. The Plaintiffs seek to depose him concerning his objections. They contend that Mr. Griffith does not have standing and purport to seek a deposition on that ground. However, Mr. Griffith's standing is a purely legal issue based on the date of acquisition of his stock; no further evidence-gathering on this issue is relevant to Mr. Griffith's objection.

Next, Plaintiffs seek to explore the bases for Mr. Griffith's legal opinions regarding the settlement. Mr. Griffith's opinions, however, speak for themselves; again, there is no relevant discovery identified in the Motion to Compel.

Finally, I note that the objection is to be heard, together with the proposed settlement, on July 27, 2015. Given this schedule, the inconvenience and expense of further discovery regarding the objection cannot be justified.

For the foregoing reasons, the Motion to Compel the Deposition of Sean J. Griffith is DENIED. To the extent the foregoing requires an Order to take effect, IT IS SO ORDERED.

Sincerely,

*/s/ Sam Glasscock III*

Sam Glasscock III